James R. REGISTER; Jack B. Watson, Plaintiffs–Appellees,

v.

SEAFARERS PENSION PLAN; Lou Delma, Plan Administrator of Seafarers Pension Plan; John Fay, Trustee of Seafarers Pension Plan; Byron Kelley; George McCartney, Trustee of Seafarers Pension Plan; Hosea Perez, Trustee of Seafarers Pension Plan; Augustine Tellez, Trustee of Seafarers Pension Plan; Joseph Cecire, Trustee of Seafarers Pension Plan; Edmond Davis, Trustee of Seafarers Pension Plan; Michael Diprisco, Trustee of Seafarers Pension Plan; William Pagendarm, Trustee of Seafarers Pension Plan; Michael Swayne, Trustee of Seafarers Pension Plan; Seafarers Welfare Plan; Plan Administrator of Seafarers Welfare Plan, Defendants–Appellants,

and

Seafarers International Union of North America, Atlantic, Gulf, Lakes, Defendant.

No. 01–1257.

United States Court of Appeals, Fourth Circuit.

Submitted July 17, 2001.

Decided July 30, 2001.

Ellen A. Silver, Camp Springs, MD; Lisa Grafstein, Grafstein & Walczyk, P.L.L.C., Raleigh, NC, for appellants. Mark S. Thomas, Terence D. Freidman, Joanne Lambert, Maupin, Taylor & Ellis, P.A., Raleigh, NC, for appellees.

Before TRAXLER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Appellants appeal the district court's order granting Appellees' motion for a preliminary injunction and subsequent orders implementing the injunction. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Register v. Seafarers Pension Plan,* No. CA–00–143–7–F(1) (E.D.N.C. Jan 12 & 22, 2001; Feb. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before the court and argument would not aid the decisional process.

*AFFIRMED.*